28 So.3d 247 (2010)
Evelyn BAUTISTA and Randall S. Bautista, Appellants,
v.
INDYMAC BANK, F.S.B., Appellee.
No. 4D09-1348.
District Court of Appeal of Florida, Fourth District.
March 3, 2010.
Megan Carraher and Joshua Bleil of The Ticktin Law Group, P.A., Deerfield Beach, for appellants.
No brief filed for appellee.
PER CURIAM.
Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla. 1979).
GROSS, C.J., MAY and CIKLIN, JJ., concur.